UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT SEAN MEDLOCK<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Civil Action No. 11-162 (RJL) |

### STIPULATION FOR REMAND AND DISMISSAL

The parties, Plaintiff Robert Sean Medlock and Defendant United States of America, through the undersigned counsel, hereby stipulate as follows:

1. The parties request that the above-captioned matter be remanded to the agency, the Department of State, for administrative review and investigation of Plaintiff's Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680, personal injury claims, which was timely filed with the appropriate federal agency.

2. Upon remand, Plaintiff shall provide the Department of State with the following additional documentation needed to investigate Plaintiff's claims:

   a. A written report by Plaintiff's attending physician or dentist setting forth the nature and extent of the injury, nature and extent of treatment, any degree of temporary or permanent disability, the prognosis, period of hospitalization, and any diminished earning capacity.
   b. Itemized bills for medical, dental, and hospital expenses incurred, or itemized receipts of payment for such expenses.
   c. If the prognosis revealed the necessity for future treatment, a statement of expected expenses for such treatment.

  d. If a claim is made for loss of time from employment, a written statement from Plaintiff's employer showing actual time lost from employment, whether he is a full or part-time employee, and wages or salary actually lost.
  e. If a claim is made for loss of income and Plaintiff is self-employed, documentary evidence showing the amounts of earnings actually lost.
  f. Any other evidence or information which may have a bearing on either the responsibility of the United State for the personal injury or the damages claimed.

3. Subject to the Court's approval of the foregoing paragraphs 1 and 2, the parties agree that this case shall be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

4. The Undersigned Counsel are fully authorized to enter into this stipulation on behalf of their respective clients.

By: _____
SALVATORE J. ZAMBRI, Bar #439016
Regan Zambri & Long, PLLC
1919 M Street NW, Suite 350
Washington, DC 20036
*Attorneys for Plaintiff*

Respectfully Submitted,

RONALD C. MACHEN, JR., Bar #447889
United States Attorney

RUDOLPH CONTRERAS, Bar #434122
Chief, Civil Division

By: _____
SHARON TUCKER
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7185
*Attorneys for Defendant*


SO APPROVED and ORDERED this 26th day of April, 2011.

_____
The Honorable Richard J. Leon
United States District Court